IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHIRECE JOYCE CLARK

       Plaintiff,

Civil No. 16-12167

HON. ROBERT H. CLELAND

v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby enters judgment in favor of Plaintiff, reversing the Commissioner's decision and remanding this case to the Social Security Administration for further administrative proceedings, pursuant to the Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: September 18, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 18, 2017, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (810) 292-6522